IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : MISC. NO. 1:23-mp-00008-HWV |
| MICHAEL JOHN CSONKA | : |

## ORDER

Upon consideration of the Notice sent by the Disciplinary Board of the Supreme Court of Pennsylvania that the above-captioned attorney shall be suspended from the practice of law for a one-year period, it is

**ORDERED** that above-captioned counsel appear at a hearing on **December 7, 2023** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102 to demonstrate what efforts above-captioned counsel has undertaken to secure replacement counsel in his active cases before the Court. The Offices of the United States Trustee and the Chapter 13 Trustee are directed to send representatives to attend this hearing.

Dated: November 17, 2023

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge